**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                              :
COACH, INC. and COACH SERVICES, INC.,        :
                                                              :
                       Plaintiffs,          :          **Case No. 4:11-cv-00196-DGK**
                                                              :
         v.                                         :
                                                              :
KC CLOTHING, LLC, A/K/A KICKS &                 :
CLOTHES, FAKHRE HABIB, AMANAT KHAN, :
and DOES 1 through 100,                                :
                                                              :
                    Defendants.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF SETTLEMENT

       Plaintiffs give notice that the parties have reached a settlement of all claims presented

herein.  The parties will file a Consent Judgment and/or Stipulation of Dismissal within 30 days.

Dated:  February 16, 2012                 Respectfully submitted,


                                     BRYAN CAVE LLP

                                     By:  /s/ Jason A. Kempf
                                       Jason A. Kempf, # 59897MO
                                       211 N. Broadway, Suite 3600
                                       St. Louis, MO 63102
                                       (314) 259-2000 (telephone)
                                       (314) 259-2020 (facsimile)

                                     *Attorneys for Coach, Inc. and*
                                     *Coach Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 16th day of February 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.


        /s/ Jason A. Kempf