IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

               Plaintiffs,

v.

KC CLOTHING, LLC, A/K/A KICKS & CLOTHES, FAKHRE HABIB, and DOES 1 through 100,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No. 4:11-cv-00196-DGK

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, by and through the undersigned, hereby dismiss this matter in its entirety, with prejudice, each party to bear their own costs.

Respectfully submitted this 1st day of March, 2012.

| BRYAN CAVE LLP | HUSCH BLACKWELL, LLC |
|---|---|
| By:  /s/ Jason A. Kempf | By:  /s/  Anna D. Simpson |
| Jason A. Kempf, #59897 | Jeffrey J. Simon, #35558 |
| 211 N. Broadway, Suite 3600 | Anna D. Simpson, #63792 |
| St. Louis, MO 63102 | Suite 1000, 4801 Main Street |
| (314) 259-2000 (telephone) | Kansas City, MO 64112 |
| (314) 259-2020 (facsimile) | (816) 983-8000 (telephone) |
| | (816) 983-8080 (facsimile) |
| *Attorneys for Coach, Inc. and Coach Services, Inc.* | *Attorneys for Defendants KC Clothing, LLC, A/K/A Kicks & Clothes, Fakhre Habib, and Amanat Khan* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of March, 2012, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to the parties of record.

/s/ Jason A. Kempf